UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-00954-KS                                         Date: December 10, 2025

Title     *Jerome Christopher Hamilton v. Black and Sexy TV, LLC et al.*

Present: The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:            Attorneys Present for Respondent:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SETTLEMENT AND STIPULATED DISMISSAL**

On May 13, 2025, the parties in this proceeding filed a Joint Notice of Settlement and Request to Stay All Currently Set Deadlines ("Joint Notice"). (Dkt. No. 44.) In the Joint Notice, the parties represented that they "reached a settlement in principle in the above-captioned matter," that they sought to "focus their efforts on finalizing the terms of the settlement and reducing it to a written settlement agreement," and that they expected to finalize their settlement and file a joint stipulation for dismissal within 90 days (on or before August 11, 2025). (*Id.*) The Court granted the parties' request. (Dkt. No. 45.)

On June 30, 2025, counsel for Plaintiff filed an *Ex Parte* Application for Status Conference, representing that Plaintiff "made multiple efforts to finalize the settlement agreement," but that "[d]espite repeated communications and submission of proposed documents, defense counsel failed to respond." (Dkt. No. 46 at 2.) Plaintiff further represented that, thereafter, on June 30, 2025, defense counsel communicated an intent "to withdraw" from the agreed-upon settlement. (*Id.*)

The Court granted the request for a status conference, which was held on July 31, 2025. (Dkt. Nos. 47, 48.) As a result of the status conference, on August 11, 2025, the parties informed the Court that they secured a settlement conference before U.S. Magistrate Judge Steve Kim for September 17, 2025. (Dkt. No. 49.) Accordingly, the Court granted the parties an extension of time, to October 8, 2025, to either advise the Court of the status of the anticipated settlement or file a stipulated dismissal. (Dkt. No. 50.) The docket reflects that Judge Kim conducted a settlement conference with the parties on the intended date of September 17, 2025. (Dkt. No. 51.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-00954-KS                                                            Date: December 10, 2025

Title   *Jerome Christopher Hamilton v. Black and Sexy TV, LLC et al.*

Thereafter, Judge Kim informally conveyed to this Court that a settlement was reached and that he anticipated the parties would be filing a stipulated dismissal. However, nothing has been filed in this action since.

    Based upon the foregoing, the parties are ORDERED TO SHOW CAUSE, on or before December 31, 2025, why the Court should not reinstate all dates and deadlines, including an impending date for trial. **To discharge this Order, the parties must file a stipulated dismissal on or before the December 31, 2025 deadline.** If the Court does not receive a stipulated dismissal within the required time, all dates and deadlines will be reinstated and trial will immediately be set in this matter.

**IT IS SO ORDERED.**

    :

**Initials of Preparer**        gr